**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1974**

RONALD HUGH HUTTON,

        Plaintiff - Appellant,

    v.

U.S. DEPARTMENT OF VETERANS AFFAIRS,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:13-cv-00417-FL)

Submitted:  December 19, 2014       Decided:  December 24, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Hugh Hutton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Hugh Hutton appeals the district court's order denying his post-judgment motion for a trial hearing. We have reviewed the record and Hutton's informal brief on appeal, and we conclude that this appeal is frivolous. See Neitzke v. Williams, 490 U.S. 319, 325, 327 (1989). Accordingly, we dismiss the appeal. See 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2